FILED'11 MAY 6 14:28USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. CR 11-30021 PA |
| Plaintiff, | ) | |
| | ) | **INFORMATION** |
| v. | ) | |
| | ) | 18 U.S.C. § 1361 |
| JESSE DALE DAVIDSON, | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT 1</u>

On or about March 7, 2011, in the District of Oregon, defendant JESSE DALE DAVIDSON did unlawfully and willfully injure or commit depredation against property of the United States or a department or agency thereof, to wit: the United States Marshals' jail facility, the damage of which did not exceed $1,000, in violation of Title 18, United States Code, Section 1361.

Dated this 6th day of May, 2011.

DWIGHT C. HOLTON
United States Attorney

_____
Douglas W. Fong, OSB #84219
Assistant U.S. Attorney